UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JANIE M. CASTER,

                Plaintiff,

        v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                Defendant.

CASE NO.  C08-5530RBL

ORDER

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of

Judge J. Richard Creatura, United States Magistrate Judge, and objections to the report and

recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    The matter is therefore REMANDED to the administration for further

consideration; and

    (3)    The Clerk is directed to send copies of this Order to counsel of record.

DATED this 4th day of May, 2009.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1