# United States District Court

WESTERN DISTRICT OF WASHINGTON

JANIE M. CASTER

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE

CASE NUMBER: C08-5530RBL

___  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**. This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court adopts the Report and Recommendation;

2. The matter is therefore REMANDED to the administration for further consideration.


May 7, 2009                                    BRUCE RIFKIN
                                                                           Clerk

                                                                           Jennie L. Patton
                                                                           Deputy Clerk