United States District Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JANIE CASTER, | ) |
|         Plaintiff, | ) CIVIL NO. 08-5530 RBL |
| vs. | ) ORDER FOR EAJA FEES, COSTS AND ) EXPENSES |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) |

THIS MATTER having come on regularly before the undersigned upon by Plaintiff's Motion to Award EAJA Fees, Costs, and Expenses, the Defendant not opposing said motion, and the Court agreeing that EAJA fees, costs, and expenses should be awarded, good cause having been shown, now, therefore, it is hereby

ORDERED that Plaintiff is hereby awarded EAJA fees of $4027.40 and no costs or expenses pursuant to 28 U.S.C. §2412. The check for EAJA fees, costs and expenses should be made payable to Plaintiff's attorney Amy Gilbrough and mailed directly to Ms. Gilbrough at the address below.

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C08-5530 RBL] - 1

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Avenue  Suite 1030
Seattle, WA 98101
(206) 623-0900

1 | DATED this 19th day of June, 2009

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

S/AMY M. GILBROUGH
AMY M. GILBROUGH,
Attorney for Plaintiff

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C08-5530 RBL] - 2