U.S. District Court Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JANIE CASTER, <br>            Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, | CIVIL NO. 3:08-cv-05530-RBL <br><br> ORDER FOR ATTORNEY'S FEES <br> PURSUANT TO 42 U.S.C. § 406(b) |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion for Attorneys Fees Pursuant To 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Amy Gilbrough is awarded an attorney fee of $6,016.52 pursuant to 42 U.S.C. § 406(b).  Plaintiff's attorney has already received $4,027.40 under the Equal Access to Justice Act, leaving a remaining fee of $1,989.12.  Social Security is directed to send $1,989.12 to Plaintiff's attorney, minus any applicable processing fees as allowed by statute.

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) [No. 3:08-cv-05530-RBL] - 1

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Ave. Suite 1030
Seattle, WA 98103
(206) 623-0900

1  DATED this 7th day of September, 2012.

*Ronald B. Leighton*
Ronald B. Leighton
United States District Judge

Presented by:

S/AMY GILBROUGH
AMY GILBROUGH, WSBA #26471
Attorney for Plaintiff

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) [No. 3:08-cv-05530-RBL] - 2

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Ave. Suite 1030
Seattle, WA 98103
(206) 623-0900